UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:19-cv-00363

**Rodney Dewayne Muckleroy,**
*Plaintiff,*

v.

**FNU Dr. White, et al.,**
*Defendants.*

Before BARKER, *District Judge*

## ORDER

Plaintiff Rodney Dewayne Muckleroy, a prisoner proceeding pro se and *in forma pauperis*, filed this action under 42 U.S.C. § 1983 on August 7, 2019. Doc. 1. The case was referred to United States Magistrate Judge K. Nicole Mitchell, pursuant to 28 U.S.C. § 636. On November 5, 2019, Judge Mitchell entered a report and recommendation, which recommended that plaintiff's motion for preliminary injunction (Doc. 18) be denied. Doc. 24. A copy of this report was mailed to plaintiff, who received it on November 27, 2019. Doc. 28. Plaintiff filed no objections.

The court, having reviewed Judge Mitchell's recommendation, finds no "clear error on the face of the record." *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996) (en banc) (cleaned up). Accordingly, the report and recommendation (Doc. 24) is **adopted**. Plaintiff's motion for preliminary injunction is hereby **denied**.

*So ordered by the court on December 20, 2019.*

J. CAMPBELL BARKER
United States District Judge